UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 21-cv-03249-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 26 |

Plaintiff has filed a notice of settlement. ECF No. 26. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: January 18, 2022

                JON S. TIGAR
                United States District Judge