CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Brockman Quayle Bennett
Attorneys at Law
Matthew E. Bennett, Esq. (SBN 203049)
12481 High Bluff Drive, Suite 301
San Diego, CA 92130
Telephone: (858) 788-3900
E-mail: mbennett@bqblaw.com
Attorneys for Defendant
Whole Foods Market California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., a California Corporation<br><br>    Defendants. | Case: 3:21-cv-03249-JST<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 7, 2022    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: February 7, 2022    BROCKMAN QUAYLE BENNETT

By: /s/ Matthew E. Bennett
    Matthew E. Bennett
    Attorney for Defendants
    Whole Foods Market California, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Matthew E. Bennett, counsel for Whole Foods Market California, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 7, 2022          CENTER FOR DISABILITY ACCESS

                                                    By: /s/ Amanda Seabock
                                                         Amanda Seabock
                                                         Attorneys for Plaintiff